**Like us on Facebook!**    Like    23 people like this.

# www.wvcircuitexpress.com



[ Search Again ]    [ Log Out ]

Civil
Case Information
Tenth Judicial Circuit of Raleigh County

13-C-763
Judge: ROBERT A. BURNSIDE, JR
GARNETT BOWYER VS. AMERICAN CORADIUS INTERNATIONAL, LLC

| **Plaintiff(s) - (If Name is blue then point to name for additional information)** | **Plaintiff Attorney(s)** |
|---|---|
| BOWYER, GARNETT | PAUL W. ROOP, II |

| **Defendant(s) - (If Name is blue then point to name for additonal information)** | **Defendant Attorney(s)** |
|---|---|
| AMERICAN CORADIUS INTERNATION | N/A |

## Case Information:

Date Filed: 09/24/2013
Case Type:

## Events:

| LINE | DATE | ACTION / RESULT | Document |
|---|---|---|---|
| 1 | 09/24/2013 | CASE FILED-ISSUED SUMMONS AND COMPLAINT AND RETURNED TO ATTY | [ View Document ] |
| 2 | | FOR SERV. CNS (JED) | |
| 3 | 10/07/2013 | REC RET OF SERVICE "ACCEPTED" BY SOS ON BEHALF OF AMERICAN | [ View Document ] |
| 4 | | CORADIUS ON 10/01/13 / COMPLAINT. (SW) (JED) | |
| 5 | 10/09/2013 | | [ View Document ] |

**EXHIBIT**
**A**

| | | |
|---|---|---|
| 6 | | REC RET OF SERV OF PROCESS FROM SOS SIGNED BY (SEE SIGNATURE) ON BEHALF OF AMERICAN CORADIUS INTERNATIONAL LLC ON 10-3-13.KB(BLS) | |
| 7 | 11/01/2013 | DEFT, AMERICAN CORADIUS INTERNATIONAL LLC'S NOTICE OF FILING | View Document |
| 8 | | NOTICE OF REMOVAL/ COS. BJC (SW) | |

www.wvcircuitexpress.com

## IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARNETT BOWYER and**
**ALBERTA BOWYER, his wife**

       Plaintiffs,

vs.                         CIVIL ACTION NO. 13-C- 7 ⌐ 3 -B

**AMERICAN CORADIUS**
**INTERNATIONAL LLC, a**
**Delaware limited liability company,**

       Defendant,

### COMPLAINT

1.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, his wife, are and were at all relevant times hereto residents of Scott Depot, Putnam County, West Virginia.

2.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, are persons who fall under the protection of the *Telephone Consumer Protection Act, 47 U.S.C. §227* [hereinafter "*TCPA*"].

3.    The Defendant, American Coradius International LLC [hereinafter, "Coradius"], is a Delaware limited liability company with its principal place of business at 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244.   The said Defendant may be served by the West Virginia Secretary of State through its registered agent, Corporation Service Company, 209 West Washington Street, Charleston, WV, 25302 by delivering a copy of the process herein to the said agent at said address.

4.    The Defendant maintains records of each call placed to the Plaintiffs by date, time called, duration of call, the identity of Defendant's employee or representative and notes or codes placed upon such record by the Defendant's employee or representative.

5.    The Defendant called Plaintiffs repeatedly using an automatic telephone dialing system and left prerecorded voice messages for Plaintiffs without the express consent of the Plaintiffs.

6.    Alternatively, Defendant called Plaintiffs repeatedly using an automatic telephone dialing

system and left prerecorded voice messages for Plaintiffs after any permission which Defendant might have had to make such calls to the Plaintiffs' telephone was revoked.

7.    At no time have the Plaintiffs expressly authorized the Defendant to make calls to the Plaintiffs using an automatic telephone dialing system or leave prerecorded voice messages for Plaintiffs.

8.    The Defendant utilized a system in its calls to allow call recipients to opt out of such calls if the call had been placed in error.  Plaintiffs exercised the option to opt out by pressing the dial pad key corresponding to a response which indicated that the party called was not the party to whom the call was directed.  Nevertheless, Defendant continued to place such calls to Plaintiffs' cellular phone.

9.    Based upon information and belief, the Defendant wilfully placed calls by use of an automatic dialer or containing a pre-recorded message to the telephone number held by Plaintiffs.

10.   Based upon information and belief, the Defendant placed calls to the Plaintiffs with the intent to annoy, harass and threaten the Plaintiffs.

## COUNT ONE

### {Strict Liability for Violation of *TCPA*}

11.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

12.   The Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs.

13.   Alternatively, Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message after the Plaintiffs revoked any permission of the Defendant to place such calls.

14.   The foregoing violations of the TCPA were committed willfully or knowingly by the Defendant or its agents.

## COUNT TWO

### {Violation of West Virginia Consumer Credit and Protection Act}

15.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

16.  The Defendant has engaged in repeated violations of Article 2 of the *West Virginia Consumer Credit and Protection Act* [hereinafter, "WVCCPA"], including but not limited to:

  a. Engaging in unreasonable or oppressive or abusive conduct towards the Plaintiff in connection with the attempt to collect a debt by placing telephone calls to the Plaintiff in violation of *West Virginia Code* §46A-2-125(b);

  b. Causing the Plaintiff's phone to ring or engaging persons, including the Plaintiff, in telephone conversations repeatedly or continuously or at unusual times or at times known to be inconvenient, with the intent to annoy, abuse or oppress the Plaintiff in violation of *West Virginia Code* §46A-2-125(d);

  c. Using generally unfair or unconscionable means to collect a debt from Plaintiff in violation of *West Virginia Code* §46A-2-128 by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs or after such permission was revoked in violation of the *TCPA*.

**WHEREFORE,** the Plaintiffs demand judgment against the Defendant for actual damages, statutory damages pursuant to both the TCPA and the WVCCPA, punitive damages, reasonable attorney's fees, costs and for such other and further relief as this Court may deem appropriate.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

GARNETT BOWYER and
ALBERTA BOWYER,
BY COUNSEL

Paul W. Roop, II (WV State Bar #5406)
ROOP LAW OFFICE, L.C.
111 Morning Star Lane
Beckley, WV 25801
Tel. (304) 255-7667

IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARNETT BOWYER and**
**ALBERTA BOWYER, his wife**

      Plaintiffs,

**vs.**                    CIVIL ACTION NO. 13-C-763-B

**AMERICAN CORADIUS**
**INTERNATIONAL LLC, a**
**Delaware limited liability company,**

      Defendant,

## COMPLAINT

1.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, his wife, are and were at all relevant times hereto residents of Scott Depot, Putnam County, West Virginia.

2.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, are persons who fall under the protection of the *Telephone Consumer Protection Act, 47 U.S.C. §227* [hereinafter "*TCPA*"].

3.    The Defendant, American Coradius International LLC [hereinafter, "Coradius"], is a Delaware limited liability company with its principal place of business at 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244.   The said Defendant may be served by the West Virginia Secretary of State through its registered agent, Corporation Service Company, 209 West Washington Street, Charleston, WV, 25302 by delivering a copy of the process herein to the said agent at said address.

4.    The Defendant maintains records of each call placed to the Plaintiffs by date, time called, duration of call, the identity of Defendant's employee or representative and notes or codes placed upon such record by the Defendant's employee or representative.

5.    The Defendant called Plaintiffs repeatedly using an automatic telephone dialing system and left prerecorded voice messages for Plaintiffs without the express consent of the Plaintiffs.

6.    Alternatively, Defendant called Plaintiffs repeatedly using an automatic telephone dialing

system and left prerecorded voice messages for Plaintiffs after any permission which Defendant might have had to make such calls to the Plaintiffs' telephone was revoked.

7.    At no time have the Plaintiffs expressly authorized the Defendant to make calls to the Plaintiffs using an automatic telephone dialing system or leave prerecorded voice messages for Plaintiffs.

8.    The Defendant utilized a system in its calls to allow call recipients to opt out of such calls if the call had been placed in error.  Plaintiffs exercised the option to opt out by pressing the dial pad key corresponding to a response which indicated that the party called was not the party to whom the call was directed.  Nevertheless, Defendant continued to place such calls to Plaintiffs' cellular phone.

9.    Based upon information and belief, the Defendant wilfully placed calls by use of an automatic dialer or containing a pre-recorded message to the telephone number held by Plaintiffs.

10.   Based upon information and belief, the Defendant placed calls to the Plaintiffs with the intent to annoy, harass and threaten the Plaintiffs.

## COUNT ONE

### {Strict Liability for Violation of *TCPA*}

11.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

12.   The Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs.

13.   Alternatively, Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message after the Plaintiffs revoked any permission of the Defendant to place such calls.

14.   The foregoing violations of the TCPA were committed willfully or knowingly by the Defendant or its agents.

## COUNT TWO

### {Violation of West Virginia Consumer Credit and Protection Act}

15.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

16.     The Defendant has engaged in repeated violations of Article 2 of the *West Virginia Consumer Credit and Protection Act* [hereinafter, "WVCCPA"], including but not limited to:

a.   Engaging in unreasonable or oppressive or abusive conduct towards the Plaintiff in connection with the attempt to collect a debt by placing telephone calls to the Plaintiff in violation of *West Virginia Code* §46A-2-125(b);

b.   Causing the Plaintiff's phone to ring or engaging persons, including the Plaintiff, in telephone conversations repeatedly or continuously or at unusual times or at times known to be inconvenient, with the intent to annoy, abuse or oppress the Plaintiff in violation of *West Virginia Code* §46A-2-125(d);

c.   Using generally unfair or unconscionable means to collect a debt from Plaintiff in violation of *West Virginia Code* §46A-2-128 by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs or after such permission was revoked in violation of the *TCPA*.

**WHEREFORE,** the Plaintiffs demand judgment against the Defendant for actual damages, statutory damages pursuant to both the TCPA and the WVCCPA, punitive damages, reasonable attorney's fees, costs and for such other and further relief as this Court may deem appropriate.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

GARNETT BOWYER and
ALBERTA BOWYER,
BY COUNSEL

Paul W. Roop, II (WV State Bar #5406)
ROOP LAW OFFICE, L.C.
111 Morning Star Lane
Beckley, WV 25801
Tel. (304) 255-7667

**SUMMONS**

## CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARNETT BOWYER** and
**ALBERTA BOWYER**, his wife

    Plaintiffs,

**vs.**                                                                 Civil Action No: 13-C- 763 - B

**AMERICAN CORADIUS**
**INTERNATIONAL LLC**, a
Delaware limited liability company,

    Defendant.

**To the above-named Defendant:**    American Coradius International LLC
                               c/o Corporation Service Company
                               209 West Washington Street
                               Charleston, WV 25302

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and

required to serve upon **Paul W. Roop, II, Attorney-at-Law,** plaintiffs' attorney, whose address is

**P.O. Box 1145, Beckley, West Virginia 25802,** an answer, including any related counterclaim you

may have, to the complaint if filed against you in the above styled civil action, a true copy of which

is herewith delivered to you.  You are required to serve your answer within   30   days after service

of this summons upon you,  exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint and you will be thereafter barred

from asserting in another action any claim you may have which must be asserted by counterclaim

in the above-styled civil action.

Dated: _9/24/13_____

                                                  Paul H. Flanagan
                                                 Clerk of Court

**PLAINTIFFS'**
**Case Information Sheet**
(Two copies to be filed with Memorandum to the Clerk)

**PLAINTIFFS:** Garnett Bowyer and Alberta Bowyer          **CASE NO.:**13-C- 763·B

**DEFENDANT:** American Coradius International, LLC

**II.    TYPE OF CASE:**

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| [ ] Adoption | [ ] Asbestos | [ ] Contract |
| [ ] Contested Divorce | [ ] Auto Negligence | [ ] Action on Note |
| [ ] Annulment/separate | [ ] Professional | [ ] Real Property |
| [ ] URESA | [ ] Personal Injury | [ ] Mental Health |
| [ ] Paternity | [ ] Product Liability | [ ] Appeal from |
| | | Administrative Agency |
| [ ] Other Domestic | [ ] Other Tort | [ ] Appeal from |
| Uncontested Divorce | | Magistrate Court |
| | | [X] Miscellaneous |
| | | Civil |
| | | [ ] Extraordinary |
| | | Remedy |
| | | Explain: |

**III.    JURY DEMAND:**      [X] Yes        [ ] No
**IV.    MONETARY RELIEF REQUESTED:**       [ ] under  $100,000
                                            [X] over  $100,000

**Attorney Name:** Paul W. Roop, II
**Firm:** ROOP LAW OFFICE
**Address:** Post Office Box 1145
            Beckley, West Virginia 25802-1145
**Telephone:** (304) 255-7667          **Dated:** 9/20/13

**Representing:**       [X]  Plaintiffs
                        [ ]  Defendant
                        [ ]  Other  (Identify) _____

                                              **Signature**

# CIVIL CASE INFORMATION STATEMENT
In the Circuit Court of Raleigh County, West Virginia

I.     CASE STYLE:

**Plaintiffs**                                    Case # 13-C-__7⟨o3 B__

GARNETT BOWYER and
ALBERTA BOWYER

122 Heritage Place

Scott Depot, WV 25560

**vs.**

| **Defendant** | **Days to Answer** | **Type of Service** |
|---|---|---|
| AMERICAN CORADIUS INTERNATIONAL, LLC | | |
| 2420 Sweet Home Road, Suite 150 | | |
| Buffalo, NY 14228 | 30 | Secretary of State |

**PLAINTIFFS'**
**Case Information Sheet**
**(Two copies to be filed with Memorandum to the Clerk)**

**PLAINTIFFS:** Garnett Bowyer and Alberta Bowyer    **CASE NO.:**13-C- 7103-B

**DEFENDANT:** American Coradius International, LLC

**II.    TYPE OF CASE:**

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| [ ] Adoption | [ ] Asbestos | [ ] Contract |
| [ ] Contested Divorce | [ ] Auto Negligence | [ ] Action on Note |
| [ ] Annulment/separate | [ ] Professional | [ ] Real Property |
| [ ] URESA | [ ] Personal Injury | [ ] Mental Health |
| [ ] Paternity | [ ] Product Liability | [ ] Appeal from Administrative Agency |
| [ ] Other Domestic Uncontested Divorce | [ ] Other Tort | [ ] Appeal from Magistrate Court |
| | | [X] Miscellaneous Civil |
| | | [ ] Extraordinary Remedy Explain: |

**III.    JURY DEMAND:**    [X] Yes    [ ] No
**IV.    MONETARY RELIEF REQUESTED:**    [ ] under  $100,000
                                                        [ ] over  $100,000

**Attorney Name:** Paul W. Roop, II
**Firm:** ROOP LAW OFFICE
**Address:** Post Office Box 1145
                   Beckley, West Virginia 25802-1145
**Telephone:** (304) 255-7667        **Dated:**    9\20\13

**Representing:**        [X]  Plaintiffs
                             [ ]  Defendant
                             [ ]  Other  (Identify) _____

_____
**Signature**

## CIVIL CASE INFORMATION STATEMENT
In the Circuit Court of Raleigh County, West Virginia

I.     CASE STYLE:

**Plaintiffs**                                    Case # 13-C- 763-B

GARNETT BOWYER and
ALBERTA BOWYER

122 Heritage Place

Scott Depot, WV 25560

**vs.**

| **Defendant** | **Days to Answer** | **Type of Service** |
|---|---|---|
| AMERICAN CORADIUS INTERNATIONAL, LLC | | |
| 2420 Sweet Home Road, Suite 150 | | |
| Buffalo, NY 14228 | 30 | Secretary of State |

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone:  304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Paul H Flanagan
Raleigh County Courthouse
215 Main Street
Beckley, WV 25801-4688

| **Control Number:** | 2782 | **Agent:** | Corporation Service Company |
|---|---|---|---|
| **Defendant:** | AMERICAN CORADIUS INTERNATIONAL LLC 209 West Washington Street Charleston, WV 25302 US | **County:** | Raleigh |
| | | **Civil Action:** | 13-C-763-B |
| | | **Certified Number:** | 92148901125134100000049019 |
| | | **Service Date:** | 10/1/2013 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process  in your name and on your behalf as your attorney-in-fact.  Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

Natalie E. Tennant
Secretary of State

## SUMMONS

## CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARNETT BOWYER** and
**ALBERTA BOWYER**, his wife

     Plaintiffs,

**vs.**
                          Civil Action No: 13-C-_763-B_

**AMERICAN CORADIUS**
**INTERNATIONAL LLC,** a
Delaware limited liability company,

     Defendant.

**To the above-named Defendant:**    American Coradius International LLC
                                c/o Corporation Service Company
                                209 West Washington Street
                                Charleston, WV 25302

     IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and

required to serve upon **Paul W. Roop, II, Attorney-at-Law,** plaintiffs' attorney, whose address is

**P.O. Box 1145, Beckley, West Virginia 25802,** an answer, including any related counterclaim you

may have, to the complaint if filed against you in the above styled civil action, a true copy of which

is herewith delivered to you.  You are required to serve your answer within ___30___ days after service

of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint and you will be thereafter barred

from asserting in another action any claim you may have which must be asserted by counterclaim

in the above-styled civil action.

Dated: _____9/24/13_____

                                       _Paul H Flanagan_
                                        Clerk of Court

**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

**GARNETT BOWYER and**
**ALBERTA BOWYER, his wife**

     Plaintiffs,

                                    CIVIL ACTION NO. 13-C- 763-B

**vs.**

**AMERICAN CORADIUS**
**INTERNATIONAL LLC, a**
**Delaware limited liability company,**

     Defendant,

## COMPLAINT

1.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, his wife, are and were at all relevant times hereto residents of Scott Depot, Putnam County, West Virginia.

2.    The Plaintiffs, Garnett Bowyer and Alberta Bowyer, are persons who fall under the protection of the *Telephone Consumer Protection Act, 47 U.S.C. §227* [hereinafter "*TCPA*"].

3.    The Defendant, American Coradius International LLC [hereinafter, "Coradius"], is a Delaware limited liability company with its principal place of business at 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244.   The said Defendant may be served by the West Virginia Secretary of State through its registered agent, Corporation Service Company, 209 West Washington Street, Charleston, WV, 25302 by delivering a copy of the process herein to the said agent at said address.

4.    The Defendant maintains records of each call placed to the Plaintiffs by date, time called, duration of call, the identity of Defendant's employee or representative and notes or codes placed upon such record by the Defendant's employee or representative.

5.    The Defendant called Plaintiffs repeatedly using an automatic telephone dialing system and left prerecorded voice messages for Plaintiffs without the express consent of the Plaintiffs.

6.    Alternatively, Defendant called Plaintiffs repeatedly using an automatic telephone dialing

system and left prerecorded voice messages for Plaintiffs after any permission which Defendant might have had to make such calls to the Plaintiffs' telephone was revoked.

7.    At no time have the Plaintiffs expressly authorized the Defendant to make calls to the Plaintiffs using an automatic telephone dialing system or leave prerecorded voice messages for Plaintiffs.

8.    The Defendant utilized a system in its calls to allow call recipients to opt out of such calls if the call had been placed in error.  Plaintiffs exercised the option to opt out by pressing the dial pad key corresponding to a response which indicated that the party called was not the party to whom the call was directed.  Nevertheless, Defendant continued to place such calls to Plaintiffs' cellular phone.

9.    Based upon information and belief, the Defendant wilfully placed calls by use of an automatic dialer or containing a pre-recorded message to the telephone number held by Plaintiffs.

10.   Based upon information and belief, the Defendant placed calls to the Plaintiffs with the intent to annoy, harass and threaten the Plaintiffs.

## COUNT ONE

### {Strict Liability for Violation of *TCPA*}

11.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

12.   The Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs.

13.   Alternatively, Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message after the Plaintiffs revoked any permission of the Defendant to place such calls.

14.   The foregoing violations of the TCPA were committed willfully or knowingly by the Defendant or its agents.

## COUNT TWO

### {Violation of West Virginia Consumer Credit and Protection Act}

15.   The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

16.   The Defendant has engaged in repeated violations of Article 2 of the *West Virginia Consumer Credit and Protection Act* [hereinafter, "WVCCPA"], including but not limited to:

   a.   Engaging in unreasonable or oppressive or abusive conduct towards the Plaintiff in connection with the attempt to collect a debt by placing telephone calls to the Plaintiff in violation of *West Virginia Code* §46A-2-125(b);

   b.   Causing the Plaintiff's phone to ring or engaging persons, including the Plaintiff, in telephone conversations repeatedly or continuously or at unusual times or at times known to be inconvenient, with the intent to annoy, abuse or oppress the Plaintiff in violation of *West Virginia Code* §46A-2-125(d);

   c.   Using generally unfair or unconscionable means to collect a debt from Plaintiff in violation of *West Virginia Code* §46A-2-128 by placing calls to the Plaintiffs on Plaintiffs' cellular or residential telephone using an automatic telephone dialing system or by leaving calls with a prerecorded message without the express permission of the Plaintiffs or after such permission was revoked in violation of the *TCPA*.

   **WHEREFORE,** the Plaintiffs demand judgment against the Defendant for actual damages, statutory damages pursuant to both the TCPA and the WVCCPA, punitive damages, reasonable attorney's fees, costs and for such other and further relief as this Court may deem appropriate.

   **PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

                                    **GARNETT BOWYER and**
                                    **ALBERTA BOWYER,**
                                    **BY COUNSEL**


**Paul W. Roop, II** (WV State Bar #5406)
ROOP LAW OFFICE, L.C.
111 Morning Star Lane
Beckley, WV 25801
Tel. (304) 255-7667

| | |
|---|---|
| Civil Action Number | 13-C-763-B |
| Package Identification Code | 9214890112513410000049019 |
| Signature Downloaded | 10/7/2013 6:02:36 AM |
| Defendant Name | AMERICAN CORADIUS INTERNATIONAL LLC |

 **UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 10/07/2013

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0000 0490 19. Our records indicate that this item was delivered on 10/03/2013 at 12:54 p.m. in CHARLESTON, WV 25302. The scanned image of the recipient information is provided below.

Signature of Recipient :  

Address of Recipient :  

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 4901

## IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

GARNETT BOWYER and
ALBERTA BOWYER,

          Plaintiff,

                                    Case No. 13-C-763-B

v.

AMERICAN CORADIUS INTERNATIONAL LLC,

          Defendant.

_____/

### DEFENDANT, AMERICAN CORADIUS INTERNATIONAL LLC'S, NOTICE OF FILING NOTICE OF REMOVAL

      PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Southern District of West Virginia, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.  Attached as **Exhibit A** is a copy of the Notice of Removal of the above-captioned suit filed on behalf of Defendant, American Coradius International LLC, in the United States District Court for the Southern District of West Virginia, on this date.

                                   Respectfully submitted,

                                     Albert C. Dunn, Jr., Esquire
                                     (WVSB #5670)
                                     Allen, Kopet & Associates, PLLC
                                     P.O. Box 3029
                                     Charleston, West Virginia 25331
                                     Telephone:  (304) 342-4567
                                     Facsimile:  (304) 342-4575

                                     Counsel for Defendant,
                                     American Coradius International LLC

RECEIVED AND FILED
2013 NOV -1  AM 9: 39
CIRCUIT CLERK

## CERTIFICATE OF SERVICE

I certify that on this 30th day of October 2013, a true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Paul W. Roop, II, Esq.
Roop Law Office, L.C.
P.O. Box 1145
Beckley, WV 25802-1145
paulroop@rooplawoffice.com

_____
Attorney

RECEIVED AND FILED
2013 NOV -1 AM 9: 39
CIRCUIT CLERK

2

JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GARNETT BOWYER and
ALBERTA BOWYER

## DEFENDANTS
AMERICAN CORADIUS INTERNATIONAL LLC

**(b)** County of Residence of First Listed Plaintiff   Putnam County, WV
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant      Erie County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Paul W. Roop, II, Esq., Roop Law Office, L.C., P.O. Box 1145, Beckley, WV
25802-1145, (304) 237-5066

Attorneys *(If Known)*
Albert C. Dunn, Jr., Esq., Allen, Kopet & Associates, PLLC, P.O. Box 3029,
Charleston, WV 25331, (304) 342-4567

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
Plaintiff
- ☒ 3  Federal Question
*(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
Defendant
- ☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product        Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &        Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander        Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'        Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine        Injury Product | | | ☒ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product        Liability | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal        Property Damage | Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -        Product Liability | ☐ 751 Family and Medical | | Act |
| | Medical Malpractice | Leave Act | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/        Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original
Proceeding
- ☒ 2 Removed from
State Court
- ☐ 3 Remanded from
Appellate Court
- ☐ 4 Reinstated or
Reopened
- ☐ 5 Transferred from
Another District
*(specify)*
- ☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.
Brief description of cause:
Plaintiff is alleging violations of the TCPA.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
10/30/13

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. _____

EXHIBIT
A

JS 44 Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

GARNETT BOWYER and
ALBERTA BOWYER,

                Plaintiff,

                                        Case No.

v.

AMERICAN CORADIUS INTERNATIONAL LLC,

                Defendant.

_____/

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, American Coradius International LLC (ACI), hereby removes the above-captioned civil action from the Circuit Court of Raleigh County, West Virginia, to the United States District Court for the Southern District of West Virginia.  The removal of this civil case is proper because:

    1.     ACI is the only defendant in this civil action in the Circuit Court of Raleigh County, West Virginia, titled *Garnett Bowyer and Alberta Bowyer v. American Coradius International LLC*, Case No. 13-C-763-B (hereinafter, the "State Court Action").

    2.     ACI removes this case on the basis of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, as plaintiffs' Complaint claims relief based on abusive practices in violation of federal law and Federal Courts, therefore, have federal question jurisdiction over such claims.

3.      Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

4.      A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Clerk of the Circuit Court of Raleigh County, West Virginia.

WHEREFORE, Defendant, American Coradius International LLC, hereby removes to this Court the State Court Action.

Date: October 30, 2013

Respectfully submitted,

_____

Albert C. Dunn, Jr., Esquire
(WVSB #5670)
Allen, Kopet & Associates, PLLC
P.O. Box 3029
Charleston, West Virginia 25331
Telephone:  (304) 342-4567
Facsimile:  (304) 342-4575

Counsel for Defendant,
American Coradius International LLC

2

## **CERTIFICATE OF SERVICE**

I certify that on this ⅜ day of October 2013, a true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Paul W. Roop, II, Esq.
Roop Law Office, L.C.
P.O. Box 1145
Beckley, WV 25802-1145
paulroop@rooplawoffice.com

_____
Attorney

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™



9214 8901 1251 3410 0000 0490 19

AMERICAN CORADIUS INTERNATIONAL LLC
Corporation Service Company
209 West Washington Street
Charleston, WV 25302

**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

| | |
|---|---|
| **Control Number:** 2782 | **Agent:** Corporation Service Company |
| **Defendant:** AMERICAN CORADIUS INTERNATIONAL LLC 209 West Washington Street Charleston, WV 25302 US | **County:** Raleigh |
| | **Civil Action:** 13-C-763-B |
| | **Certified Number:** 92148901125134100000049019 |
| | **Service Date:** 10/1/2013 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Natalie E. Tennant
Secretary of State



**EXHIBIT**

A

SUMMONS

CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARNETT BOWYER** and
**ALBERTA BOWYER**, his wife

     Plaintiffs,

vs.                           Civil Action No: 13-C-763 - B

**AMERICAN CORADIUS
INTERNATIONAL LLC,** a
Delaware limited liability company,

     Defendant.

**To the above-named Defendant:**   American Coradius International LLC
                                    c/o Corporation Service Company
                                    209 West Washington Street
                                    Charleston, WV 25302

     IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and

required to serve upon **Paul W. Roop, II, Attorney-at-Law,** plaintiffs' attorney, whose address is

**P.O. Box 1145, Beckley, West Virginia 25802,** an answer, including any related counterclaim you

may have, to the complaint if filed against you in the above styled civil action, a true copy of which

is herewith delivered to you.  You are required to serve your answer within   30   days after service

of this summons upon you,  exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint and you will be thereafter barred

from asserting in another action any claim you may have which must be asserted by counterclaim

in the above-styled civil action.

Dated:  9/24/13

                                      Paul N. Flanagan
                                      Clerk of Court

ACCEPTED FOR
SERVICE OF PROC.
2013 OCT -1  PM 1:39
SECRETARY OF STATE
STATE OF WEST VIRGINIA