UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

GARNETT BOWYER and
ALBERTA BOWYER,

        Plaintiff,

Case No. 3:13-cv-28651

v.

AMERICAN CORADIUS INTERNATIONAL LLC,

        Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby dismissed with prejudice.

DONE AND ORDERED this 14th day of Aug, 2014.

ROBERT C. CHAMBERS, CHIEF JUDGE